Sean A. Woods (Arizona Bar #028930)
Robert T. Mills (Arizona Bar #018853)
**MILLS + WOODS LAW, PLLC**
5055 North 12th Street, Suite 101
Phoenix, Arizona 85014
Telephone 480.999.4556
docket@millsandwoods.com
swoods@millsandwoods.com
rmills@millsandwoods.com
*Attorneys for Plaintiff*

# IN THE UNITED STATES DISTRICT COURT
# IN AND FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Natanya Oakley,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>Lifetime Fitness, Inc.; *et al.*,<br><br>　　　　　Defendants. | Case No.: 2:22-cv-01086-DWL<br><br>**NOTICE OF SERVICE OF DISCOVERY**<br><br>(The Honorable Dominic W. Lanza) |

Through counsel undersigned, Plaintiff hereby gives notice that on July 31, 2023 she served *Plaintiff's Sixth Supplemental Disclosure Statement Pursuant to Fed. R. Civ. P. 26(e)(1)* upon opposing counsel via email.

**RESPECTFULLY SUBMITTED** this 31st day of July 2023.

　　　　　　　　　　　　　　　　**MILLS + WOODS LAW, PLLC**

　　　　　　　　　　　　　　　　By   */s/ Sean A. Woods*
　　　　　　　　　　　　　　　　　　Sean A. Woods
　　　　　　　　　　　　　　　　　　Robert T. Mills
　　　　　　　　　　　　　　　　　　5055 North 12th Street, Suite 101
　　　　　　　　　　　　　　　　　　Phoenix, Arizona 85014
　　　　　　　　　　　　　　　　　　*Attorneys for Plaintiff*

# CERTIFICATE OF SERVICE

I hereby certify that on 31st July 2023 I electronically transmitted the foregoing document to the Clerk's Office using the ECF System for filing and transmittal of a Notice of Electronic Filing to the following ECF registrants:

Matthew D. Kleifield
Matthew.Kleifield@lewisbrisbois.com
Robert C. Ashley
Robert.Ashley@lewisbrisbois.com
J. William VanDehei
William.VanDehei@lewisbrisbois.com
**LEWIS BRISBOIS BISGAARD & SMITH LLP**
Phoenix Plaza Tower II
2929 North Central Avenue, Suite 1700
Phoenix, Arizona 85012-2761
azdocketing@lewisbrisbois.com
*Attorneys for Defendant Life Time, Inc.*

              /s/ Ben Dangerfield

2