Sean A. Woods (Arizona Bar #028930)
Robert T. Mills (Arizona Bar #018853)
**MILLS + WOODS LAW, PLLC**
5055 North 12th Street, Suite 101
Phoenix, Arizona 85014
Telephone 480.999.4556
docket@millsandwoods.com
swoods@millsandwoods.com
*Attorneys for Plaintiff*

# IN THE UNITED STATES DISTRICT COURT
# IN AND FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Natanya Oakley,<br><br>                      Plaintiff,<br><br>vs.<br><br>Lifetime Fitness, Inc.; *et al.*,<br><br>                      Defendants. | Case No.: 2:22-cv-01086-DWL<br><br>**JOINT REPORT ON SETTLEMENT TALKS**<br><br>(The Honorable Dominic W. Lanza) |

Through counsel undersigned and pursuant to the Case Management Order, the parties hereby report to the Court on the nature and outcome of their good faith settlement talks.

Plaintiff has extended an offer to settle the case. Defendant is in the process of considering that offer, and expects to have an answer to it by Friday, August 25, 2023.

The parties do not request assistance from the Court in settling the case at this time.

///

///

///

///

///

**RESPECTFULLY SUBMITTED** this 23rd day of August 2023.

**MILLS + WOODS LAW, PLLC**

By  */s/ Sean A. Woods*
    Sean A. Woods
    Robert T. Mills
    5055 North 12th Street, Suite 101
    Phoenix, Arizona 85014
    *Attorneys for Plaintiff*

**LEWIS BRISBOIS BISGAARD & SMITH LLP**

By  */s/ Robert C. Ashley (w/ permission)*
    Robert C. Ashley
    Matthew D. Kleifield
    J. William VanDehei
    Phoenix Plaza Tower II
    2929 North Central Avenue, Suite 1700
    Phoenix, Arizona 85012-2761
    *Attorneys for Defendant Life Time, Inc.*

**CERTIFICATE OF SERVICE**

I hereby certify that on 23rd August 2023 I electronically transmitted the foregoing document to the Clerk's Office using the ECF System for filing and transmittal of a Notice of Electronic Filing to the following ECF registrants:

Matthew D. Kleifield
Matthew.Kleifield@lewisbrisbois.com
Robert C. Ashley
Robert.Ashley@lewisbrisbois.com
J. William VanDehei
William.VanDehei@lewisbrisbois.com
**LEWIS BRISBOIS BISGAARD & SMITH LLP**
Phoenix Plaza Tower II
2929 North Central Avenue, Suite 1700
Phoenix, Arizona 85012-2761
azdocketing@lewisbrisbois.com
*Attorneys for Defendant Life Time, Inc.*

     */s/ Ben Dangerfield*

3