MATTHEW D. KLEIFIELD, SB #011564
Matthew.Kleifield@lewisbrisbois.com
ROBERT C. ASHLEY, SB #22335
Robert.Ashley@lewisbrisbois.com
**LEWIS BRISBOIS BISGAARD & SMITH** LLP
Phoenix Plaza Tower II
2929 North Central Avenue, Suite 1700
Phoenix, Arizona 85012-2761
Telephone: 602.385.1040
Facsimile: 602.385.1051
Firm email: azdocketing@lewisbrisbois.com
*Attorneys for Defendant Life Time, Inc.*

UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| Natanya Oakley,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>Lifetime Fitness Inc.,<br><br>　　　　Defendant. | No. 2:22-cv-01086-DWL<br><br>Maricopa County Superior Court Cause No. CV2022-092459<br><br>**NOTICE OF SETTLEMENT** |

NOTICE IS HEREBY GIVEN that the parties have reached a settlement in the above captioned action.  Once the parties execute a final settlement agreement they will submit a Stipulation for Dismissal with Prejudice of all claims.

DATED this 13th day of November, 2023.

LEWIS BRISBOIS BISGAARD & SMITH LLP

By:　/s/ *Robert C. Ashley*
　　　　Matthew D. Kleifield
　　　　Robert C. Ashley
　　　　*Attorneys for Defendant Life Time, Inc.*

LEWIS BRISBOIS BISGAARD & SMITH LLP

# CERTIFICATE OF SERVICE

I hereby certify that on November 13, 2023, I electronically transmitted the attached document to the Clerk's office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrants:

Sean A Woods, Esq.
**MILLS + WOODS LAW, PLLC**
5055 N. 12th St., Ste. 101
Phoenix, AZ  85014
swoods@millsandwoods.com
*Attorneys for Plaintiff Natanya Oakley*

/s/ *Kathryn M. Mascari*

131875933.1

2