# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Natanya Oakley, | No. CV-22-01086-PHX-DWL |
| Plaintiff, | **ORDER** |
| v. | |
| Lifetime Fitness Incorporated, et al., | |
| Defendants. | |

The Court having received notice that this case has settled (Doc. 41),

**IT IS ORDERED** that the Clerk of Court shall, without further notice, **DISMISS** this entire case on January 12, 2024, and shall enter judgment accordingly, unless *prior thereto* a party files a request for reinstatement on the Court's trial calendar.

**IT IS FURTHER ORDERED** that all deadlines and hearings are vacated and that all pending motions are denied as moot.

Dated this 13th day of November, 2023.

Dominic W. Lanza
United States District Judge