MATTHEW D. KLEIFIELD, SB #011564
Matthew.Kleifield@lewisbrisbois.com
ROBERT C. ASHLEY, SB #22335
Robert.Ashley@lewisbrisbois.com
**LEWIS BRISBOIS BISGAARD & SMITH** LLP
Phoenix Plaza Tower II
2929 North Central Avenue, Suite 1700
Phoenix, Arizona 85012-2761
Telephone: 602.385.1040
Facsimile: 602.385.1051
Firm email: azdocketing@lewisbrisbois.com
*Attorneys for Defendant Life Time, Inc.*

UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| Natanya Oakley, | No. 2:22-cv-01086-DWL |
| Plaintiff, | Maricopa County Superior Court Cause No. CV2022-092459 |
| vs. | |
| Lifetime Fitness Inc., | **STIPULATION TO DISMISS WITH PREJUDICE** |
| Defendant. | |

The parties in the above-entitled action hereby stipulate and request that all claims in this matter be dismissed in their entirety, with prejudice, with each party to bear their own attorneys' fees and costs. A proposed form of order is attached.

DATED this 11th day of January, 2024.

**LEWIS BRISBOIS BISGAARD & SMITH LLP**

By */s/ Matthew D. Kleifield*
    Matthew D. Kleifield
    Robert C. Ashley
    *Attorneys for Defendant Life Time, Inc.*

LEWIS BRISBOIS BISGAARD & SMITH LLP

**MILLS + WOODS LAW, PLLC**

By */s/ Sean A. Woods (w/permission)*
    Sean A. Woods
    *Attorneys for Plaintiff Natanya Oakley*

## CERTIFICATE OF SERVICE

I hereby certify that on January 11, 2024, I electronically transmitted the attached document to the Clerk's office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrants:

Sean A. Woods, Esq.
**MILLS + WOODS LAW, PLLC**
5055 N. 12th St., Ste. 101
Phoenix, AZ 85014
swoods@millsandwoods.com
*Attorneys for Plaintiff Natanya Oakley*

/s/ *Allison E. Moore*

134492032.1                                                  2