MATTHEW D. KLEIFIELD, SB #011564
Matthew.Kleifield@lewisbrisbois.com
ROBERT C. ASHLEY, SB #22335
Robert.Ashley@lewisbrisbois.com
**LEWIS BRISBOIS BISGAARD & SMITH LLP**
Phoenix Plaza Tower II
2929 North Central Avenue, Suite 1700
Phoenix, Arizona 85012-2761
Telephone: 602.385.1040
Facsimile: 602.385.1051
Firm email: azdocketing@lewisbrisbois.com
*Attorneys for Defendant Life Time, Inc.*

# UNITED STATES DISTRICT COURT
## DISTRICT OF ARIZONA

| | |
|---|---|
| Natanya Oakley,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>Lifetime Fitness Inc.,<br><br>　　　　Defendant. | No. 2:22-cv-01086-DWL<br><br>Maricopa County Superior Court Cause No. CV2022-092459<br><br>**ORDER OF DISMISSAL WITH PREJUDICE** |

　　　　IT IS HEREBY ORDERED that the above-referenced matter be dismissed with prejudice, each party to bear their own costs and attorneys' fees.

　　　　Dated:_____　　　　　　_____
　　　　　　　　　　　　　　　　　　Honorable Steven P. Logan

LEWIS
BRISBOIS
BISGAARD
& SMITH LLP
ATTORNEYS AT LAW